IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF DELMAN D. SAILORS, by and through PATRICIA L. BRENNAN, SPECIAL ADMINISTRATOR, for the heirs and next-of-kin,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR QUALITY CARE-NE, LLC and FIVE STAR QUALITY CARE, INC.,<br><br>Defendants. | Case No. 8:16-cv-290<br><br>**ORDER** |

This matter is before the Court on the Parties Stipulation for Dismissal with Prejudice (Filing No. 12). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED this 7th day of December, 2016.

                                                         s/ Joseph F. Bataillon
                                                         Senior United States District Judge